**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| Plaintiff, | |
| vs. | Case No. 2:17-CV-1080-DB |
| REAM FIESTA VILLAGE, LTD., a Utah Limited Partnership, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Judge Dee Benson |
| Defendants. | |

Plaintiff Linda Suda and Defendant Ream Fiesta Village, Ltd. (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 24th day of May, 2018.

                                      FORD & CRANE PLLC


                                      /s/ Matthew B. Crane
                                      Matthew B. Crane
                                      *Attorney for Plaintiff*

STIPULATED the 24th day of May, 2018.

                                      STOEL RIVES LLP


                                      /s/ Matthew M. Durham
                                      Matthew M. Durham
                                      *Attorney for Defendant*
                                      (Signed with permission)

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 24th day of May, 2018, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                                /s/ Matthew B. Crane